CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
UNITED STATES ATTORNEYS OFFICE
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 645-2700

June 11, 2008

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. STANLEY R. CHESLER |
| PLAINTIFF, | : | CRIMINAL NO. 00-3077 |
| v. | : | |
| LYNETTE SALTER, | | |
| | : | ORDER |
| DEFENDANT. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this /2 day of _____, 200_

ORDERED that the Application and Order for Writ of Continuing Garnishment in this matter is hereby WITHDRAWN.

By: _____
HONORABLE STANLEY R. CHESLER
JUDGE, U.S. DISTRICT COURT



U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700  201/645-2700
Newark, NJ 07102

June 11, 2008

William T. Walsh
Clerk, U.S. District Court
Federal Courthouse
Trenton, New Jersey

        Re:    United States of America
              v. Lynette Salter
              <u>CRIMINAL NO. 00-3077</u>

Dear Mr. Walsh:

      We herewith request that the Application and Order for Writ of Continuing Garnishment in the captioned matter be withdrawn.

      Defendant has agreed to a wage garnishment of $150 per month.

      Thank you for your assistance in this matter.

                        Respectfully submitted,

                        CHRISTOPHER J. CHRISTIE
                        UNITED STATES ATTORNEY

      By:    Patricia Malave
             FINANCIAL LITIGATION AGENT
             (973) 645-3143



**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*
*Civil Division*

970 Broad Street, Suite 700  
Newark, New Jersey 07102

general number: (973) 645-2700  
telephone: 973-645-2736  
fax: 973-297-2010  
e-mail: leah..bynon@usdoj.gov

**BY FAX**
(973) 645-3177

June 12, 2008

The Honorable Stanley R. Chesler
United States District Judge
United States Post Office and Courthouse
Federal Square
Newark, NJ 07102

    Re: <u>United States of America v. Lynette Salter</u>
          Criminal No. 00-3077

Your Honor:

    I am the Assistant United States Attorney in the Financial Litigation Unit (FLU). Our office previously filed and served a Writ of garnishment on the Division of Pension and Benefits regarding Ms. Salter's account. Ms. Salter objected to the garnishment and a hearing before Your Honor was set for today, June 12th, at 2:30 pm.

    I write to inform the Court that the United States is withdrawing said garnishment on the pension account. The parties, through Ms. Salter's attorney, have agreed to an alternative arrangement for the collection of the debt owed; Ms. Salter has agreed to a voluntary wage garnishment in the amount of $150 per month. In consideration of such, the United States of America has agreed to withdraw the garnishment of the pension account.

    Attached please find a copy of the letter to the Clerk of Court and proposed Order withdrawing the writ of garnishment. As such, the parties respectfully request that the scheduled conference be adjourned. We thank the Court for your time and consideration.

                Respectfully submitted,

                CHRISTOPHER J. CHRISTIE
                United States Attorney

                /S Leah A. Bynon
        By:  LEAH A. BYNON
                Assistant United States Attorney

cc:   Law Offices of Giscombe & Ravenell (By Fax 973-674-7215)
      Brenda Ravenell, Esq.
      Attorney for Lynette Salter
      134 Evergreen Place 3rd Fl.
      East Orange, New Jersey 07018