CHRISTOPHER J. CHRISTIE
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ 07102
(973) 645-2736
LAB0321
(FLU:PM)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　　　*Plaintiff,*<br>v.<br><br>**LYNETTE SALTER,**<br><br>　　　　　　　　　　　　*Defendant,*<br>　　and<br><br>**UMDNJ UNIVERSITY HOSPITAL,**<br>**and its successors or assigns,**<br><br>　　　　　　　　　　　　*Garnishee.* | Hon. STANLEY R. CHESLER<br><br>Criminal No. 00-3077<br><br>**CONSENT**<br>**GARNISHEE ORDER** |

　　WHEREAS, judgment was entered on the 28TH day of November 2000 in the above action in the United States District Court, District of New Jersey, between the United States of America, plaintiff and Lynette Salter, defendant for the sum of $14,549.00. The sum of $8,874.00 is now actually due thereon; it is hereby

　　AGREED that defendant, Lynette Salter consents to the following: UMDNJ University Hospital, Garnishee shall pay $150.00 of defendant's net monthly wages to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has

custody, possession or control of any property belonging to the debtor or until further Order of this Court.

_____
LYNETTE SALTER
Defendant

By: _____
LEAH A. BYNON
Assistant U.S. Attorney

IT IS SO ORDERED this 27 day of June, 2008.

_____
HON. STANLEY R. CHESLER
UNITED STATES DISTRICT COURT



**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

| | |
|---|---|
| 970 Broad Street, Suite 700 | general number:  (973)645-2700 |
| Newark, NJ 07102 | telephone number: (973)645-3143 |
| | fax:  (973)645-3210 |
| | e-mail: Patricia.Malave@usdoj.gov |

June 25, 2008

Honorable Stanley R. Chesler
United States Post Office and U.S. Courthouse
Federal Square
Courtroom 8
Chambers 417
Newark, NJ 07101

          Re:   United States of America
                  v. Lynette Salter
                  <u>Criminal No. 00-3077</u>

Dear Judge Chesler:

      Enclosed for Your Honor's signature, please find the Consent Order signed by both parties in the above-captioned matter. If this Order meets with your approval, kindly sign and forward the Order to the Clerk's Office for filing.

      We also request that the Application and Order for Writ of Continuing Garnishment in this case be withdrawn. Debtor has agreed to a wage garnishment of $150.00 per month

      Thank you.

                                             Respectfully submitted,

                                             CHRISTOPHER J. CHRISTIE
                                             UNITED STATES ATTORNEY

                       By:   Patricia Malave
                            Legal Assistant

Encl.
LEAH A. BYNON
ASSISTANT U.S. ATTORNEY